FIFTH DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

Case No. 5D2024-1166
LT Case No. 2022-CF-002511-A

_____

DESHA IONE BEAUTY,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Seminole County.
William Scott Orth, Judge.

Matthew J. Metz, Public Defender, and Kathryn Rollison Radtke,
Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Alyssa M.
Williams, Assistant Attorney General, Daytona Beach, for
Appellee.

November 22, 2024

PER CURIAM.

    Appellant raises a single issue in her appeal: can the trial
court order a defendant to pay the minimum statutorily prescribed
cost of prosecution pursuant to section 938.27(8), Florida Statutes
(2024), if the State does not specifically request same? We
answered this question in the affirmative in *O'Malley v. State*, 378

So. 3d 672 (Fla. 5th DCA 2024), because the cited statute makes imposition of the statutorily specified minimum cost of prosecution mandatory. *See Parks v. State*, 371 So. 3d 392, 393–94 (Fla. 1st DCA 2023), *review granted*, No. SC2023-1355, 2024 WL 370043 (Fla. Jan. 31, 2024). In *O'Malley*, we certified that our decision and the First District's opinion in *Parks*, directly conflicted with the Second District's opinion in *D.L.J. v. State*, 331 So. 3d 227 (Fla. 2d DCA 2021), *review granted*, No. SC2023-1355, 2024 WL 370043 (Fla. Jan. 31, 2024). Accordingly, we affirm.


AFFIRMED.

EDWARDS, C.J., and WALLIS and EISNAUGLE, JJ., concur.

————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

————————————————